IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-03250-BNB

SAMANTHA GALEY,

Plaintiff,

v.

Y KING S CORP. d/b/a Herbies Auto Sales,

Defendant.

___

### MINUTE ORDER
___

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

  This matter is before the Court on the **Plaintiff's Motion for Leave to File Her Second Amended Complaint** [docket no. 6, filed December 17, 2014] (the "Motion").

  IT IS ORDERED that the Motion is GRANTED and the Clerk of the Court is directed to accept the attached Second Amended Complaint with Demand for Jury Trial for filing. The above caption is now the correct one to be used on all further filings.

DATED: December 19, 2014